AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| King, Robert B | U.S. Court of Appeals, 4th Cir | 05/09/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Circuit Judge - Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 300 Virginia Street, East<br>Suite 7602<br>Charleston, WV 25301 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | ▮▮▮▮▮▮▮▮▮ Education Trust, United Bank (corporate Trustee) |
| 2. Member, Board of Directors | West Virginia University Alumni Association (Resigned position 4/2007) |
| 3. Vice Chairman, Board of Directors | WVU College of Law Alumni Association |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/09/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/09/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | United Bank | Real Estate Loan | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  TimeWarner Inc. (com) | B | Dividend | M | T | | | | | |
| 2.  Cisco Systems Inc. (com) | | None | K | T | | | | | |
| 3.  Dell Computer Corp. (com) | | None | | | Sold | 04/25 | K | A | |
| 4.  Proctor & Gamble Co. (com) | B | Dividend | M | T | Buy | 04/19 | K | | |
| 5. | | | | | Buy | 11/21 | K | | |
| 6.  Intel Corp. (com) | B | Dividend | M | T | Buy | 05/19 | K | | |
| 7.  Microsoft Corp. (com) | B | Dividend | L | T | Part sold | 06/23 | K | A | |
| 8.  RF Micro Devices Inc. (com) | | None | L | T | | | | | |
| 9.  Sun Micro Systems Inc. (com) | | None | K | T | | | | | |
| 10.  Wells Fargo & Co. (com) | B | Dividend | | | Sold | 04/19 | M | E | |
| 11.  Yahoo Inc. (com) | | None | | | Sold | 11/21 | K | D | |
| 12.  Morgan Stanley Dean Witter & Co. (com) | C | Dividend | N | T | | | | | |
| 13.  Starbucks (com) | | None | L | T | Buy | 04/19 | K | | |
| 14. | | | | | Buy | 11/21 | K | | |
| 15.  Legg Mason Special Investment Trust | D | Distribution | K | T | Buy | 04/20 | J | | |
| 16.  Legg Mason Value Trust | | None | K | T | | | | | |
| 17.  Legg Mason Growth Trust | | None | K | T | Buy | 04/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 11/21 | J | | |
| 19.  Legg Mason Emerging Markets Trust | B | Distribution | J | T | Buy | 04/20 | J | | |
| 20.  Legg Mason International Equity Trust | B | Distribution | L | T | Buy | 04/20 | K | | |
| 21. | | | | | Buy | 11/21 | J | | |
| 22.  RoyceTotal Return Fund | A | Distribution | K | T | Buy | 04/20 | J | | |
| 23. | | | | | Buy | 11/21 | J | | |
| 24.  Legg Mason U.S. Small- Capitalization Value Trust | C | Distribution | | T | Buy | 04/20 | K | | |
| 25.  Legg Mason Partners Aggressive Growth Fund | | None | K | T | Buy | 04/20 | K | | |
| 26.  Legg Mason Opportunity Trust | A | Distribution | K | T | Buy | 04/20 | J | | |
| 27. | | | | | Buy | 11/21 | K | | |
| 28.  Royce Pennsylvania Mutual Fund | A | Distribution | J | T | Buy | 04/20 | J | | |
| 29.  TimeWarner Inc. (com) | A | Dividend | J | T | | | | | |
| 30.  Cisco Systems Inc. (com) | | None | J | T | Sold | 04/19 | J | A | |
| 31.  Dell Computer Corp. (com) | | None | J | T | | | | | |
| 32.  E.I. DuPont De Nemours & Co. (com) | A | Dividend | J | T | | | | | |
| 33.  Federal Home Loan Corp. (com) | A | Dividend | J | T | | | | | |
| 34.  Merck & Co. Inc. | A | Dividend | J | T | Sold | 04/19 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oil and Gas Interests, Tyler and other counties, WV: | | | | | | | | | |
| 36. a. East Resources Inc. | B | Dividend | J | W | | | | | |
| 37. b. Ergon Oil Purchasing | A | Dividend | J | W | | | | | |
| 38. c. Dominion Appalachian Dev. Inc. | A | Dividend | J | W | | | | | |
| 39. ▮▮▮▮▮▮▮▮ Education Trust (as follows): | A | Dividend | K | T | | | | | See Note 1 in Part VIII |
| 40. | | Interest | | | | | | | |
| 41. - Note from Beneficiary dated 1/1/99 | | | | | | | | | |
| 42. - Note from Beneficiary dated 6/6/00 | | | | | | | | | |
| 43. - Federated Prime Obligations Inst. Srv. Shs. Fund #396 | | | | | Buy | 01/03 | J | | |
| 44. | | | | | Buy | 01/04 | J | | |
| 45. | | | | | Part sold | 01/05 | J | A | |
| 46. | | | | | Buy | 01/06 | J | | |
| 47. | | | | | Buy | 01/10 | J | | |
| 48. | | | | | Buy | 01/23 | J | | |
| 49. | | | | | Part sold | 01/24 | J | A | |
| 50. | | | | | Buy | 01/26 | J | | |
| 51. | | | | | Part sold | 01/27 | J | A | |

1. Income Gain Codes:     A =$1,000 or less        B =$1,001 - $2,500       C =$2,501 - $5,000        D =$5,001 - $15,000       E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes     P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
(See Column C2)           Q =Appraisal             V =Other                  S =Assessment
                          U =Book Value                                      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 02/02 | J | | |
| 53. | | | | | Buy | 02/07 | J | | |
| 54. | | | | | Buy | 02/22 | J | | |
| 55. | | | | | Buy | 03/01 | J | | |
| 56. | | | | | Buy | 03/21 | J | | |
| 57. | | | | | Part sold | 03/22 | J | A | |
| 58. | | | | | Buy | 03/28 | J | | |
| 59. | | | | | Part sold | 03/30 | J | A | |
| 60. | | | | | Buy | 04/03 | J | | |
| 61. | | | | | Buy | 04/04 | J | | |
| 62. | | | | | Part sold | 04/17 | J | A | |
| 63. | | | | | Part sold | 04/18 | J | A | |
| 64. | | | | | Buy | 04/21 | J | | |
| 65. | | | | | Buy | 04/25 | J | | |
| 66. | | | | | Buy | 05/01 | J | | |
| 67. | | | | | Buy | 05/23 | J | | |
| 68. | | | | | Buy | 06/02 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 06/21 | J | | |
| 70. | | | | | Part sold | 06/22 | J | A | |
| 71. | | | | | Buy | 06/27 | J | | |
| 72. | | | | | Buy | 07/03 | J | | |
| 73. | | | | | Buy | 07/11 | J | | |
| 74. | | | | | Buy | 07/20 | J | | |
| 75. | | | | | Buy | 07/21 | J | | |
| 76. | | | | | Part sold | 07/24 | J | A | |
| 77. | | | | | Part sold | 08/01 | J | A | |
| 78. | | | | | Buy | 08/01 | J | | |
| 79. | | | | | Part sold | 08/11 | J | A | |
| 80. | | | | | Buy | 08/22 | J | | |
| 81. | | | | | Buy | 09/01 | J | | |
| 82. | | | | | Buy | 09/01 | J | | |
| 83. | | | | | Part sold | 09/05 | J | D | |
| 84. | | | | | Buy | 09/05 | J | | |
| 85. | | | | | Part sold | 09/20 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 90/20 | J | | |
| 87. | | | | | Part sold | 09/22 | J | A | |
| 88. | | | | | Buy | 09/26 | J | | |
| 89.   - Federated Total Return Bond Fund #288 | | | | | Part sold | 01/25 | J | A | |
| 90.   - Pimco All Asset Fund Adm. Shs. #588 | | | | | Part sold | 01/25 | J | A | |
| 91.   - Federated Kaufmann Small Cap. Fund #757 | | | | | Part sold | 01/25 | J | A | |
| 92.   - Federated Kaufmann Fund - CLA Fd. #066 | | | | | Part sold | 01/25 | J | A | |
| 93.   - Federated Cap. Appreciation Fund A #674 | | | | | Part sold | 01/25 | J | A | |
| 94. | | | | | Part sold | 08/31 | J | A | |
| 95.   - Federated Market Opportunities CLA #257 | | | | | Sold | 01/25 | J | C | |
| 96.   - Goldman Sachs Large Cap. Value Fund CLA #1213 | | | | | Part sold | 01/25 | J | B | |
| 97.   - Goldman Sachs Capital Growth Fund #807 | | | | | Sold | 01/25 | J | C | |
| 98.   - Federated Strategic Value Fund CLA #661 | | | | | Part sold | 01/25 | J | A | |
| 99.   - Fidelity Advisor Leveraged Fund CLA | | | | | Part sold | 01/25 | J | A | |
| 100.   - Fidelity Advisor Strategic Real Return | | | | | Buy | 01/25 | J | | |
| 101. | | | | | Part sold | 08/31 | J | B | |
| 102.   - Am. Funds Growth Fund of Am.CLA #05 | | | | | Buy | 01/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Part sold | 08/31 | J | A | |
| 104.  - UBS US Large Cap Equity Fund-A | | | | | Buy | 01/25 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/09/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: This Trust is reported under the special rules for an "Aggregate Ownership Arrangement."

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/09/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Date _May 9, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544